UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CALVIN JACOB KIOGIMA,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:19-cr-00164

## **ORDER**

This matter is before the Court on the arrest warrant for failure to appear for the final supervised release hearing (ECF No. 67). The Court held a hearing on June 25, 2021, and defendant through his attorney elected not to contest the allegation and consents to detention.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the Court.

Date June 28, 2021

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge